UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Meiguang Xiao,

                Petitioner,                19-cv-11017(PKC)

    -against-                <u>ORDER TO ANSWER</u>

Chad Wolf, Acting Secretary, U.S. Department
of Homeland Security, et al.,

                Respondent(s).
------------------------------------------------------------x

CASTEL, U.S.D.J.

        This Court, having received petitioner seeking a writ of mandamus, hereby ORDERS that:

        The United States Attorney for the Southern District of New York must respond within 60 days. The petitioner may file a reply within 14 days of the filing of the response.

        It is further ORDERED that the Clerk of Court transmit a copy of this Order and the Complaint to the United States Attorney for this District, Attention: Chief of the Civil Division.

        SO ORDERED.

                                              P. Kevin Castel
                                      United States District Judge

Dated: New York, New York
         December 5, 2019